UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STEVEN L. BROOKS,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERTA KANIVE, et al.,<br><br>    Defendants. | Case No. C10-5126 BHS<br><br>ORDER ADOPTING REPORT<br>AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation of the Honorable J. Richard Creatura, United States Magistrate Judge, dated May 24, 2010. Dkt. 16. The Magistrate Judge recommends the Court grant Plaintiff's motion to voluntarily dismiss his complaint. The Defendants filed a response indicating they have no objection to the Plaintiff taking a voluntary non-suit.

Therefore, it is hereby **ORDERED** that:

(1) The Court adopts the Report and Recommendation.

(2) Plaintiff's Motion to Dismiss (Dkt. 14) is **GRANTED** and this action is **DISMISSED without prejudice**.

DATED this 29th day of June, 2010.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER