# United States District Court

WESTERN DISTRICT OF WASHINGTON

STEVEN L. BROOKS

v.

ROBERTA KANIVE, et al.,

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C10-5126BHS

\_\_  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court adopts the Report and Recommendation; and

Plaintiff's Motion to Dismiss (Dkt. 14) is **GRANTED** and this action is **DISMISSED without prejudice.**

| | |
|---|---|
| June 30, 2010 | BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *S/CM Gonzalez* |
| | Deputy Clerk |